IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISAAC RUSSELL                                                                         PETITIONER

vs.                    Civil Case No. 5:09CV00139 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                        RESPONDENT

ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's argument that this petition should be dismissed because his allegations do not state a claim for relief under 28 U.S.C. § 2254, and his allegations have no merit because he was afforded due process during his disciplinary proceedings.

SO ORDERED this 23rd day of June, 2009.

_____
United States Magistrate Judge