**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ISAAC RUSSELL                                                                    PETITIONER
ADC #132326

v.                                    NO. 5:09CV00139 JLH-JJV

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

 The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

 IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

 DATED this 6th day of January, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE